People of the State of Illinois, Plaintiff-Appellee, v. Charles Lee Thomas, Defendant-Appellant.

Gen. No. 52,071. (Abstract of Decision.)

First District, Second Division.

May 27, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Thomas M. Walsh, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.